UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAWANNA CHRISTIAN,

        Plaintiff,                    Case No. 1:13-cv-138

v.                                      HON. PAUL L. MALONEY

GENERAL REVENUE
CORPORATION,

        Defendant.
_____/

**Notice of Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff files this Notice of Dismissal, with prejudice, with Defendant having served neither an answer nor a motion for summary judgment.

Dated: March 22, 2013                      /s/ Phillip C. Rogers
                                                    Phillip C. Rogers (P34356)
                                                    Attorney for Plaintiff
                                                    40 Pearl Street, N.W., Suite 336
                                                    Grand Rapids, Michigan 49503-3026
                                                    (616) 776-1176
                                                    ConsumerLawyer@aol.com